FILED

APR 01 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Jorge RIVERA-Lopez<br><br>　　　　　　Defendant. | Case No. **21MJ8254**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. §§ 111 (a)(1)<br>Assault on Federal Officer<br>(Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about March 31, 2021, within the Southern District of California, defendant, Jorge RIVERA-Lopez, did forcibly assault a person designated in Title 18, United States Code, Section 114, to wit, Department of Homeland Security, United States Customs and Border Protection Officers E. Velazquez, F. Iniguez, and F. Mendez, while officers E. Velazquez, F. Iniguez, and F.Mendez were engaged in and on account of the performance of official duties, in violation of Title 18, United States Code, Section 111 (a) (1), a misdemeanor.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Task Force Officer Victor Mendoza
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st day of April 2021.

HON. ANDREW G. SCHOPLER
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jorge RIVERA-Lopez

STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to Homeland Security Investigations Task Force Officer Victor Mendoza.

On March 31, 2021, at approximately 5:20 p.m., Customs and Border Protection Officer (CBPO) E. Roque, was assigned to the United States/Mexico international limit line at the Calexico, California West Port of Entry. At approximately 5:25 p.m., CBPO E. Roque observed Jorge RIVERA-Lopez illegally entering the United States by running across the international limit line. CBPO Roque approached RIVERA and subsequently placed RIVERA under arrest for illegally entering into the United States. RIVERA was escorted to the Admissibility Enforcement Unit (AEU) processing area.

At approximately 7:00 p.m., CBPO E. Velazquez, F. Iniguez, and F.Mendez, were performing processing duties at the AEU office. At this same time, RIVERA was awaiting to be processed in the seating area of the AEU office. At approximately 7:05 p.m., RIVERA picked up a trash can (approximately 30 gallon) and launched it towards CBPOs Velazquez, Iniguez, and Mendez. CBPO Velazquez stated he was "grazed" by the trash can and was subsequently evaluated by paramedics.

RIVERA was advised of his rights per Miranda. RIVERA stated he understood his rights and was willing to answer questions without the presence of an attorney. During a

post-Miranda statement, RIVERA admitted he launched the trash can towards the officers with the intent to hit an officer.

RIVERA was placed under arrest and charged with a violation of Title 18, United States Code Section 111 (a) (1) – Assault on Federal Officer (misdemeanor). RIVERA was subsequently booked into the El Centro, California GEO Detention Facility to await initial appearance.